### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEALTHCARE SERVICES GROUP, INC.** | : CIVIL ACTION |
| v. | : NO. 18-1765 |
| **NEW ORLEANS HOME FOR THE INCURABLES, INC.** | : |

## ORDER

**AND NOW**, this 14th day of June 2018, consistent with our May 25, 2018 show cause Order (ECF Doc. No. 5), considering the parties' Responses (ECF Doc. Nos. 6, 7) and for reasons in the accompanying memorandum, it is **ORDERED** the Clerk of Court shall forthwith **transfer** this case to the United States District Court for the District of Louisiana and **close** this case in this District.

KEARNEY, J.